IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO ELLISON,

      Plaintiff,                        No. CIV S-03-1391 FCD JFM P

    vs.

DR. NADIM KHOURY, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 18, 2006, plaintiff filed a motion for appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's January 18, 2006 motion
2 for the appointment of counsel is denied.
3 DATED: January 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
elli1391.31