1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ORLANDO ELLISON,

11            Plaintiff,                    No. CIV S-03-1391 FCD JFM P

12        vs.

13   DR. NADIM KHOURY, et al.,

14            Defendants.               ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On June 9, 2006, defendant filed a motion to compel discovery responses.

18   Defendant Bhagavan[1] seeks an order requiring plaintiff to respond without objection to

19   defendant's first set of interrogatories and first request for production of documents, and an order

20   deeming admitted defendant's first request for admissions.  In opposition to the motion, plaintiff

21   contends that he has been in "continuing pain" and suffering from a "worsening ailment," and he

22   requests an additional period of thirty days in which to respond to the outstanding discovery.

23            Good cause appearing, defendant's motion to compel will be granted in part.

24   Plaintiff will be given one period of thirty days from the date of this order in which to file and

25   serve responses to defendant Bhagavan's first set of interrogatories, first request for production

26

_____

[1] Defendant Bhagavan is the only defendant remaining in this action.

of documents and first request for admissions, all of which were served on plaintiff on or about

April 3, 2006.  Plaintiff is cautioned that failure to serve discovery responses in accordance with

this order will result in an order deeming admitted each of the twenty-nine statements in

defendant's request for admissions, and may result in imposition of sanctions including dismissal

of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Defendant Bhagavan's June 9, 2006 motion to compel is granted in part;

2.  Plaintiff is granted thirty days from the date of this order to file and serve

responses to defendant Bhagavan's first set of interrogatories, first request for production of

documents, and first request for admissions; and

3.  Failure to comply with this order will result in an order deeming admitted each

of the twenty-nine statements in defendant' request for admissions, and may result in imposition

of sanctions including dismissal of this action.

DATED:  September 29, 2006.

UNITED STATES MAGISTRATE JUDGE

12
elli1391.disc