IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO ELLISON,

        Plaintiff,                       No. CIV S-03-1391 FCD JFM P

    vs.

DR. NADIM KHOURY, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 26, 2007 are adopted in full;

2. Defendant Bhagavan's November 16, 2006 motion for sanctions is granted;

3. Plaintiff's claims against defendant Bhagavan are dismissed with prejudice; and

4. This action is dismissed.

DATED: February 26, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE